**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-10557-JCM |
| | : | |
| **Mitchell Horn,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Mitchell Horn,** | : | |
| Movant, | : | DOCKET NO.: 33 |
| | : | |
| vs. | : | |
| | : | |
| **Davey Tree Service,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>December 19, 2023</u>     By: /s/ Kristen N. Dennis
                                          Kristen N. Dennis, PARALEGAL
                                          FOSTER LAW OFFICES
                                          1210 Park Avenue
                                          Meadville, PA 16335
                                          Tel 814.724.1165
                                          Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**DAVEY TREE SERVICE**
**1500 N. MANTUA STREET**
**KENT, OH 44240**