**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MITCHELL HORN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-10557<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/13/2022 and confirmed on 02/09/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,502.48 |
| Less Refunds to Debtor | 18.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,483.98 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,530.06 | |
| Trustee Fee | 993.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,523.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 8084 | 11,954.64 | 11,954.64 | 0.00 | 11,954.64 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 8084 | 0.00 | 0.00 | 0.00 | 0.00 |
| SRU FEDERAL CREDIT UNION<br>Acct: 8657 | 2,930.11 | 761.66 | 244.22 | 1,005.88 |
| | | | | 12,960.52 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MITCHELL HORN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MITCHELL HORN<br>Acct: | 18.50 | 18.50 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 4,000.00 | 3,530.06 | 0.00 | 0.00 |

***NONE***

| 22-10557 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 43N1 | | | | |
| | MNGH++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4889 | | | | |
| | UPMC PHYSICIAN SERVICES | 199.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7958 | | | | |
| | S R LAW LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 12,960.52 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 14,884.75 | |
| UNSECURED | 199.00 | |

Date: 10/02/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com